AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rachelle Overby,
3106 Ivy Bridge Road
Fort Washington, MD 20744,
   Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Robert Gates,
Secretary,
Department of Defense,
Defense Intelligence Agency,
1600 Defense Pentagon
Washington, DC 20301-1600
   Defendant.

Case: 1:07-cv-02038
Assigned To : Walton, Reggie B.
Assign. Date : 11/9/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Robert Gates,
Secretary,
Department of Defense,
Defense Intelligence Agency,
1600 Defense Pentagon
Washington, DC 20301-1600

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Swick
Sarah L. Riger
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**            **NOV -9 2007**

CLERK                                  DATE

_Maureen Hypuria_
(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): A. Vrtis     B. Date of Delivery: 11/16/07<br>C. Signature: X [signature]   ☑ Agent   ☐ Addressee |
| 1. Article Addressed to:<br><br>Robert Gates,<br>Secretary,<br>Department of Defense,<br>Defense Intelligence Agency,<br>1600 Defense Pentagon<br>Washington, DC 20301-1600 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0011 3693 1619 | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789

R. Overby-Summons