UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RACHELLE OVERBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT GATES, | ) | Civil Case No. 07-2038 (RBW) |
| Secretary, U.S. Department of Defense, | ) | |
| Defense Intelligence Agency, | ) | |
| 1600 Defense Pentagon | ) | |
| Washington, DC 20301-1600, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendant in the above-captioned case.

Dated: December 5, 2007
       Washington, D.C.

Respectfully submitted,

       /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov