UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHELLE OVERBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07-2038 (RBW) |
| | ) |
| ROBERT GATES, | ) |
| Secretary, U.S. Department of Defense, | ) |
| | ) |
| Defendant. | ) |

## ANSWER

Defendant Robert Gates, Secretary, United States Department of Defense ("Defendant") hereby answers the Complaint ("Complaint") filed by Plaintiff Rachelle Overby ("Plaintiff") as follows:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted to the extent she asserts claims as to which she has failed to exhaust all administrative remedies.

## THIRD DEFENSE

Plaintiff's claims, in whole or in part, may be barred by principles of issue preclusion or claim preclusion.

**FOURTH DEFENSE**

Defendant responds to the separately numbered paragraphs and prayer for relief contained in the Complaint below.  To the extent that any allegation is not admitted, it is denied.  Moreover, to the extent Defendant refers to documents outside the Complaint for their accurate and complete contents, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited document: (a) is correctly cited or quoted by Plaintiff; (b) is relevant to this, or any other, action; or (c) is admissible in this, or any other, action.  Defendant answers as follows:

Introduction[1]

1.      Defendant admits that Plaintiff is a deaf, African-American woman.  The remaining allegations set forth in Paragraph 1 are conclusions of law to which no response is required.  To the extent a response is deemed required, Defendant denies such remaining allegations.  Further, Defendant specifically denies that any unlawful or discriminatory actions took place against Plaintiff in this or any other jurisdiction.

Jurisdiction

2.      The allegations set forth in Paragraph 2 are conclusions of law to which no response is required.  To the extent a response is deemed required, Defendant denies such allegations.

**Venue**

3.      In response to Paragraph 3, Defendant admits that Plaintiff was employed by the

---

[1] Merely for reference, Defendant replicates the headings contained in the Complaint herein.  Although Defendant believes that no response is required to such headings, to the extent a response is deemed required, Defendant denies the allegations contained in such headings.

Defense Intelligence Agency ("DIA") in the District of Columbia, and Plaintiff's personnel records are maintained in the District of Columbia. The remaining allegations set forth in Paragraph 3 are conclusions of law or characterizations of fact to which no response is required. To the extent a response is deemed required, Defendant denies such allegations, except as to venue. Further, Defendant specifically denies that any unlawful or discriminatory actions took place against Plaintiff in this or any other jurisdiction.

Parties

4. Defendant admits the allegations set forth in Paragraph 4.

5. Defendant admits the allegations set forth in Paragraph 5.

**Statement of the Claim**

6. Defendant denies the allegations contained in the first sentence of Paragraph 6. Defendant admits the allegations contained in the second sentence of Paragraph 6. Defendant denies the allegations set forth in the third sentence of Paragraph 6, but admits that upon her termination she was at a GS-7 level.

7. Defendant admits the allegations contained in the first sentence of Paragraph 7. Defendant denies the remaining allegations set forth in Paragraph 7.

8. Defendant denies the allegations set forth in Paragraph 8. Defendant specifically denies that any unlawful or discriminatory actions took place against Plaintiff in this or any other jurisdiction.

9. Defendant admits the allegations set forth in Paragraph 9, but refers to the cited notice for its true and complete contents.

10. In response to Paragraph 10, Defendant admits that in May 2006 DIA proposed

Plaintiff's termination. Defendant denies the remaining allegations set forth in Paragraph 10. Further, Defendant specifically denies that any unlawful or discriminatory actions took place against Plaintiff in this or any other jurisdiction.

      11.      Defendant admits the allegations set forth in Paragraph 11.

## Statement of Claims

      12.      Defendant denies the allegations set forth in Paragraph 12 and refers to its above responses to Paragraphs 7 through 11. Defendant specifically denies that any unlawful or discriminatory actions took place against Plaintiff in this or any other jurisdiction.

      13.      Defendant denies the allegations set forth in Paragraph 13. Defendant specifically denies that any unlawful or discriminatory actions took place against Plaintiff in this or any other jurisdiction.

## Prayer for Relief

      A.      Paragraphs (a) through (h) contain Plaintiff's prayer for relief to which no response is required. To the extent a response is deemed required, Defendant denies the allegations set forth in Paragraphs (a) through (h) and specifically denies that Plaintiff is entitled to any relief whatsoever; however, if any damages are recovered, the amount of those damages is subject to and limited by 42 U.S.C. § 1981a. Any relief is further limited by 42 U.S.C. § 2000e-5(g)(2)(B). Defendant also specifically denies all allegations of past, present, and future discrimination on any basis.

      WHEREFORE, having fully answered, Defendant respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice and award Defendant its fees, costs, and other expenses, and such other and further relief as the Court deems appropriate.

Dated: January 14, 2008  Respectfully submitted,
      Washington, DC

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


    /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*