UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHELLE OVERBY, </br></br> Plaintiff, </br></br> v. </br></br> ROBERT GATES, </br> Secretary, U.S. Department of Defense, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-2038 (RBW) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## JOINT REPORT PURSUANT TO RULE 16.3

Pursuant to Local Civil Rule 16.3 the parties hereby report to the Court that counsel for the parties conferred by telephone on February 12, 2008. As a consequence of this conference, the parties hereby report to the Court as follows:

Plaintiff brings this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*. and the Rehabilitation Act of 1973, 29 U.S.C. § 706 and related statutes, to remedy alleged acts of discrimination in employment practices by the Defense Intelligence Agency ("DIA") based on Plaintiff's race (African-American) and disability (deafness). In sum, Plaintiff alleges that she was discriminated against when, among other things, she was given improper work assignments, received a poor performance evaluation, and was terminated from her position. Defendant denies Plaintiff's allegations and specifically denies that DIA and/or its agents and employees discriminated against Plaintiff.

(1) <u>Dispositive Motions</u> -- There are no pending motions. However, defendant believes that this case may be resolved through a dispositive motion. The parties do not believe that discovery should be stayed at this time for dispositive motions.

(2) <u>Deadline for joining additional parties or amending pleadings</u> -- Neither plaintiff nor defendant anticipate joining additional parties or amending their pleadings. Neither party believes that the legal or factual issues can be narrowed at this time.

(3) <u>Assignment to Magistrate Judge</u> -- The parties have not consented to the assignment of this case to a Magistrate Judge.

(4) <u>Prospects of Settlement</u> -- The parties do not see a realistic possibility for settlement at this time.

(5) <u>Alternative Dispute Resolution</u> -- Counsel for the parties have consulted with their clients and agree that Alternative Dispute Resolution does not appear appropriate at this time. The parties will inform the Court if it appears that mediation might be useful later on.

(6) <u>Resolution by Summary Judgment</u> -- Any motions for summary judgment should be filed within 60 days after the close of discovery. Oppositions to such motions should be filed within 45 days thereafter, and replies on such motions should be filed within 30 days after oppositions are filed.

(7) <u>Initial Disclosures</u> -- The parties have agreed to stipulate to dispense with Initial Disclosures.

(8) <u>Limitations on discovery:</u>

    (a) Number of interrogatories -- Twenty-five (25) per side.

    (b) Number of depositions -- Five (5) depositions per side.

    (c) Duration of depositions -- Seven (7) hours per deposition.

    (d) Need for protective order -- Due to sensitive personal and/or medical information that may be exchanged, the parties may submit a proposed

                order protecting such information for the Court's approval.

       (e)    Date for completion of discovery -- One hundred eighty (180) days from the date of entry of scheduling order by the Court.

(9)    <u>Exchange of Expert Witness Information</u>:

       (a)    Plaintiff's Disclosures -- 60 days after entry of the scheduling order.

       (b)    Defendant's Disclosures -- 60 days after plaintiff's disclosure(s).

(10)   <u>Class Action procedures</u> -- Not applicable.

(11)   <u>Bifurcation of Trial and/or Discovery</u> -- Not appropriate for this case.

(12)   <u>Date for Pretrial Conference</u> -- The parties request that the Court set a pretrial date 30 days after ruling on any motion for summary judgment or 30 days after the cut-off date for filing dispositive motions if no such motion is filed.

(13)   <u>Trial Date</u> -- Plaintiff requests that a trial date be set now for some time in the Fall of 2008. Defendant requests that a trial date be set at the Pretrial Conference.

(14)   <u>Other Matters</u> -- None.

* * *

Respectfully submitted,

| | |
|---|---|
| /s/ | |
| Richard L. Swick | JEFFREY A. TAYLOR |
| SWICK & SHAPIRO, P.C. | D.C. Bar #498610 |
| 1225 Eye Street, N.W. | United States Attorney |
| Suite 1290 | |
| Washington, D.C.  20005 | |
| Tel. (202)842-0300 | |
| Fax (202)842-1418' | RUDOLPH CONTRERAS |
| rlswick@swickandshapiro.com | D.C. Bar #434122 |
| | Assistant United States Attorney |
| *Attorney for Plaintiff* | |
| | /s/ |
| | BRIAN P. HUDAK |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 514-7143 |
| | |
| | *Attorneys for Defendant* |

March 17, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHELLE OVERBY,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT GATES,<br>Secretary, U.S. Department of Defense,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-2038 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Upon consideration of the Joint Report Pursuant to Local Rule 16.3, dated March 17, 2008, and the entire record herein, it is hereby:

ORDERED that discovery shall commence upon the date of this order and be concluded 180 days thereafter;

ORDERED that discovery shall be subject to the limits of the Federal Rules of Civil Procedure and the Local Rules, except that the parties shall be limited to twenty-five (25) interrogatories and five (5) depositions each;

ORDERED that expert discovery shall be conducted in accordance with Fed. R. Civ. P. 26(a)(2), except that experts shall be designated no later than ninety (60) calendar days after the commencement of discovery and rebuttal experts shall be designated no later than sixty (60) calendar days thereafter; and it is further

ORDERED that any motions for summary judgment be due within 60 calendar days after the close of discovery, oppositions due within 45 calendar days after receipt of any such motion, and replies due within 30 calendar days after receipt of any such opposition.

SO ORDERED:

_____                              _____
Date                                                                        REGGIE B. WALTON
                                                                                   United States District Judge

Copies to Counsel of Record via ECF